1  CLARKE B. HOLLAND (SBN 76805); cholland@plawp.com
   JENNY J. CHU (SBN 223077); jchu@plawp.com
2  LHB PACIFIC LAW PARTNERS, LLP
   5858 Horton Street, Suite 370
3  Emeryville, CA 94608
   Tel: (510) 841-7777
4  Fax: (510) 841-7776

5

   ATTORNEYS FOR DEFENDANT:
6  State Farm General Insurance Company

7

8               IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11 AVRS, INC., a California Corporation,   )
                                           ) Case No.:
12              Plaintiff,                 )
                                           )
13      v.                                 ) **DEFENDANT STATE FARM GENERAL**
                                           ) **INSURANCE COMPANY'S NOTICE OF**
14 STATE FARM GENERAL INSURANCE            ) **REMOVAL AND DEMAND FOR JURY**
   COMPANY; DOES 1 through 50, inclusive.  ) **TRIAL**
15                                         )
                Defendants.                )
16                                         )
                                           )
17 _____ )

18 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19     PLEASE TAKE NOTICE that, pursuant to 28 USC sections 1332, 1441, and 1446,

20 defendant State Farm General Insurance Company ("State Farm") hereby removes to this Court

21 the state court action described below:

22     1.   On May 13, 2015, an action was commenced against defendant State Farm in the

23 Superior Court of the State of California in and for the County of Santa Clara, entitled *AVRS,*

24 *Inc. v. State Farm General Insurance Co.*, as Santa Clara County Case Number 115CV280570.

25 Copies of plaintiff's "Complaint for: 1. Breach of Contract; 2. Breach of Implied Covenant of

26 Good Faith and Fair Dealing; and 3. Declaratory Relief" ("Complaint"), and related civil case

27 cover sheet, are attached hereto as Exhibit "A".

28 / / /

1

Case No.:                                                            NOTICE OF REMOVAL

2.      The first date upon which State Farm received a copy of the said complaint was May 19, 2015, when State Farm was served with a copy of the Complaint and Summons. State Farm has not filed an answer to the Complaint. A copy of the Summons is attached hereto as Exhibit "B".

3.      Thus far, the only pleading, process, and/or order served on State Farm in this matter are the Summons and Complaint. These documents are attached as Exhibits A and B, in compliance with 28 USC section 1446(a).

4.      **Jurisdiction**. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, and is one which may be removed to this Court by State Farm pursuant to the provision of 28 U.S.C. section 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff alleges that it has sustained over $450,000 in damages, which it seeks to recover from State Farm in this action. (Complaint, ¶¶20, 27-28, 34-35.) In addition to this amount, plaintiff also prays for an award of: 1) unspecified compensatory damages; 2) attorneys fees and costs of suit; 3) punitive damages; 4) a declaratory judgment determining the parties' rights and obligations under plaintiff's insurance policy; and 5) interest. (Complaint, ¶¶28, 35-36, 41; Prayer, pp. 14:27-16:3.)

5.      **Intradistrict Assignment**. This action should be assigned to this Court's Oakland Division pursuant to L.R. 3-(c) & (d) because the parties' dispute arose in Sonoma County, California, where plaintiff is headquartered and where the insurance contract was to be performed.

6.      **Citizenship**. Complete diversity of citizenship exists. According to the Complaint, plaintiff AVRS, Inc. was at the time of the filing of this action, and still is, a citizen of the State of California. (Complaint, ¶1, p. 1:19-21.) Furthermore, as acknowledged by the Complaint, defendant State Farm was at the time of the filing of this action, and still is, a citizen of the State of Illinois. (Complaint, ¶2, p. 1:22-25.) State Farm is incorporated under the laws of Illinois, with its corporate headquarters in the State of Illinois. See USC § 1332(c)(1); *Hertz Corp. v. Friend* (2010) 559 U.S. 77, 92-93. State Farm is the only defendant that has been

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

1  served with a summons and complaint in this action, and there are no resident defendants
2  preventing removal.  The naming of fictitious defendants in the state court Complaint, namely
3  Does 1 through 50, is disregarded when determining the propriety of removal.  28 USC §
4  1441(b)(1).

5      7.  This Notice of Removal is timely under 28 U.S.C. section 1446(b) because it is
6  filed within thirty (30) days of the date on which State Farm was first served with the state court
7  Complaint (May 19, 2015).

8      8.  A notice to adverse parties of removal of the state court Complaint has been or is
9  being filed with the clerk of the Santa Clara Superior Court, and copies of said notice and this
10  Notice of Removal have been or are being served on plaintiff, in accordance with 28 U.S.C.
11  section 1446(d).

13  DATED:  June 18, 2015                LHB PACIFIC LAW PARTNERS, LLP

15  /s/ Jenny J. Chu

16  CLARKE B. HOLLAND
   JENNY J. CHU
17  Attorneys for State General Insurance Co.

19  **DEMAND FOR JURY TRIAL**
20  State Farm hereby demands a jury trial.
21  DATED:  June 18, 2015                LHB PACIFIC LAW PARTNERS, LLP

23  /s/ Jenny J. Chu

24  CLARKE B. HOLLAND
   JENNY J. CHU
25  Attorneys for State Farm General Insurance Co.

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776