UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVRS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 15-CV-02734-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Robert Gagliasso; Mary Acquesta
Defendant's Attorney: Jenny Chu

　　　An initial case management conference was held on September 30, 2015. A further case management conference is set for January 20, 2016 at 2:00 p.m. The parties shall file their joint case management statement by January 13, 2016.

　　　The parties shall exchange initial disclosures by October 14, 2015.

　　　Plaintiff shall provide a copy of Plaintiff's proposed amended complaint by October 1, 2015. Plaintiff shall file its motion for leave to amend and motion to remand by October 5, 2015.

　　　The Court set the following case schedule:

1

Case No. 15-CV-02734-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | December 1, 2015 |
| Deadline to Complete Mediation | December 31, 2015 |
| Further Case Management Conference | January 20, 2016 at 2:00 p.m. |
| Close of Fact Discovery | March 31, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | April 21, 2016 |
| Hearing on Dispositive Motions | June 9, 2016 at 1:30 p.m. |
| Final Pretrial Conference | August 4, 2016 at 1:30 p.m. |
| Jury Trial | August 22, 2016 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: September 30, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-02734-LHK
CASE MANAGEMENT ORDER