1  Robert M. Gagliasso (SBN 162082); rgagliasso@boglawyers.com
   Mary Acquesta, (SBN 112434); macquesta@boglawyers.com
2  **BUSTAMANTE & GAGLIASSO, APC**
   333 W. San Carlos St., 6th Floor
3  San Jose, California 95110
   Telephone: (408) 977-1911
4  Facsimile 408.977.0746

5  Attorneys for Plaintiff
   AVRS, Inc.
6
7  Clarke B. Holland, Esq. (SBN 76805); cholland@plawp.com
   Jenny J. Chu, Esq. (SBN 223077); jchu@plawp.com
8  LHB PACIFIC LAW PARTNERS, LLP
   5858 Horton Street, Suite 370
9  Emeryville, CA 94608
   Telephone: (510) 841-7777
10 Facsimile: (510) 841-7776

11 Attorneys for Defendant
   STATE FARM GENERAL INSURANCE COMPANY
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AVRS, INC., a California Corporation | Case No. 5:15-cv-02734 LHK |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND LAW & MOTION DEADLINES** |
| vs. | |
| STATE FARM GENERAL INSURANCE COMPANY; DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff AVRS, Inc. ("AVRS") and defendant State Farm General Insurance Company ("State Farm"), by and through their respective counsel of record, hereby submit this Notice of Settlement and Joint Stipulated Request for Relief:

1.  The parties hereby submit this Notice of Settlement to notify the Court that this lawsuit has been settled. The parties request thirty (30) days in which to file the Stipulation of Dismissal.

Page 1

Case No. 5:15-cv-02734 LHK                                    Notice of Settlement & Stip. Re Extension

2. On September 30, 2015, the Court ordered the parties to exchange initial disclosures by October 14, 2015.

3. On October 5, 2015, plaintiff filed a "Notice of Combined Motion and Combined Motion for Leave to File First Amended Complaint and Motion for Remand," set to be heard on January 28, 2016. State Farm's opposition to this motion is due on October 19, 2015. AVRS' reply is due on October 26, 2015.

4. In light of the settlement, the parties respectfully request that the Court grant an extension of the above-described deadlines by thirty (30) days as follows:

   a. Initial Disclosures:                          November 13, 2015
   b. State Farm's opposition to AVRS' motion:      November 18, 2015
   c. AVRS' reply in support of its motion:         November 25, 2015.

IT IS SO STIPULATED.

DATED:   October 14, 2015            BUSTAMANTE & GAGLIASSO, APC

                                     _____
                                     ROBERT M. GAGLIASSO
                                     MARY ACQUESTA
                                     Attorneys for Plaintiff
                                     AVRS, INC.

DATED:   October 14, 2015            LHB PACIFIC LAW PARTNERS, LLP

                                     _____
                                     CLARKE B. HOLLAND
                                     JENNY J. CHU
                                     Attorneys for Defendant
                                     STATE FARM GENERAL INSURANCE CO.

Case 5:15-cv-02734-LHK   Document 24   Filed 10/15/15   Page 3 of 3

Case No. 5:15-cv-02734 LHK
Notice of Settlement & Stip. Re Extension

## ORDER

IT IS HEREBY ORDERED that the time for the parties to exchange their initial disclosures be extended to November 13, 2015. It is FURTHER ORDERED that the time for: State Farm General Insurance Company to file its opposition to plaintiff's "Notice of Combined Motion and Combined Motion for Leave to File First Amended Complaint and Motion for Remand," be extended to November 18, 2015; and AVRS' reply thereto, to extended to November 25, 2015.

DATED: October 15, 2015

_Lucy H. Koh_
HON. LUCY H. KOH
United States District Judge