UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVRS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br>   Defendant. | Case No. 15-CV-02734-LHK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 25 |

Pursuant to the stipulation of the parties, this case is dismissed in its entirety with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 23, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-02734-LHK
ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE